UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN ALAN RICHMOND,<br>STEVEN GEIGER NEWLOVE,<br><br>    Defendants. | No. 2:11-cr-510 WBS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, defendant Ryan Alan Richmond filed a Motion to Return Tangible Property (Docket No. 46). The property he seeks to have returned consists of (1) approximately $4,000 in United States currency; (2) one Blue Dickey's wallet; (3) one 32 gig Apple iPod; (4) one red and grey Echo brand backpack; and (5) one black Jansport brand backpack.

The United States has filed a response (Docket No. 49) indicating it has no interest in retaining any of the items, but cannot in good faith give them to one defendant because both defendants claim a property interest in those items.

1

IT IS THEREFORE ORDERED that within fifteen days from the date of this order co-defendant STEVEN GEIGER NEWLOVE, either personally or through his court appointed counsel Dwight Samuel, shall show cause, in writing, why the above listed items should not be returned to defendant RYAN ALAN RICHMOND, as requested. Unless good cause is shown, the items will be returned to defendant Richmond. If sufficient cause is shown, the court will conduct such further proceedings as necessary to determine the proper disposition of such items.

Dated: August 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE