UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-510 WBS |
| Plaintiff, | ORDER |
| v. | |
| RYAN ALAN RICHMOND, STEVEN GEIGER NEWLOVE, | |
| Defendants. | |

----oo0oo----

Defendant Ryan Alan Richmond's Motion to Appoint Counsel (Docket No. 54) is hereby GRANTED.

Dated: August 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1